**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23484-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Bradley Leslie
4100 Karla Drive
Butler PA 16001

Susan Leslie
4100 Karla Drive
Butler PA 16001

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/19/2019.

Name and Address of Alleged Transferor(s):

Claim No. 17: SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121

Name and Address of Transferee:

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/23/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bradley Leslie  
Susan Leslie  
     Debtors

Case No. 18-23484-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Nov 21, 2019  
                          Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
15029627      +E-mail/Text: bncmail@w-legal.com Nov 22 2019 03:34:36    SYNCHRONY BANK,  
              c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132  
                                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:

        George M Conway   on behalf of U.S. Trustee   Office of the United States Trustee  
         george.m.conway@usdoj.gov  
        James Warmbrodt   on behalf of Creditor   Select Portfolio Servicing, Inc.  
         bkgroup@kmllawgroup.com  
        Karina Velter   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper  
         amps@manleydeas.com  
        Matthew F. Marshall   on behalf of Creditor   ARMCO Credit Union, f/k/a Butler Armco Employees Credit Union mmarshall@dmkcg.com, jrickabaugh@dmkcg.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronald B. Roteman   on behalf of Debtor Bradley Leslie rroteman@stonecipherlaw.com, cstitt@stonecipherlaw.com  
        Ronald B. Roteman   on behalf of Joint Debtor Susan Leslie rroteman@stonecipherlaw.com, cstitt@stonecipherlaw.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                           TOTAL: 8