# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRADLEY LESLIE
SUSAN LESLIE

    Debtors.

v.

NO RESPONDENT,

    Respondent.

Case No. 18-23484-TPA

Chapter 13

Document No. 88, 89
Council Conf: 10/22/20 at 10:30 AM

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 18th day of September, 2020, I served or caused to be served the *Order* and *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* via first class, U.S. mail, upon the matrix list attached as Exhibit A.

Respectfully submitted,

*/s/ Ronald B. Roteman*
Ronald B. Roteman, Esquire
PA ID No. 66809
**STONECIPHER LAW FIRM**
125 First Avenue
Pittsburgh, PA 15222
(412) 391-8510 phone
(412)391-8522 fax
rroteman@stonecipherlaw.com
Attorney for Debtors

**EXHIBIT A**

| | | |
|---|---|---|
| Butler Armco Employees Credit Union<br>P.O. Box 1589<br>Butler, PA 16003-1589 | PRA Receivables Management, LLC PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Butler Memorial Hospital<br>One Hospital Way<br>Butler, PA 16001-4697 | Butler Memorial Hospital<br>P.O. Box 37171<br>Baltimore, MD 21297-3171 |
| Comenity Bank/Boscovs<br>P.O. Box 182120<br>Columbus, OH 43218-2120 | Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Citicards/CBNA<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Comenity Capital Bank<br>P.O. Box 182120<br>Columbus, OH 43218-2120 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Nationstar Mortgage<br>P.O. Box 199111<br>Dallas, TX 75219 | Fairfields Resorts, Inc. 10750 W. Charleston Blvd. Las Vegas, NV 89135-1048 | Kohls/Capital One<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 |
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Nationstar Mortgage LLC d/b/a Mr. Cooper Attention: Bankruptcy<br>PO Box 619096<br>Dallas TX 75261-9096 | (p)NEXTIER BANK<br>SPECIAL ASSETS<br>245 PITTSBURGH RD<br>BUTLER PA 16001-3883 |
| Quantum3 Group LLC as agent for MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | PayPal Credit<br>P.O. Box 71202<br>Charlotte, NC 28272-1202 | Property Boss, LLC<br>5515 41st Avenue<br>Gary, IN 46408-2965 |
| SYNCB/Care Credit<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | SYNCB/Amazon, PLLC<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | SYNCB/American Eagle DC<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/TJX CO<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | SYNCB/Dicks DC<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | SYNCB/Score Rewards DC<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |

| | | |
|---|---|---|
| TBOM/ATLS/Fortiva<br>P.O. Box 105555<br>Atlanta, GA 30348-5555 | SYNCB/TJX COS DC<br>P.O. Box 965015<br>Orlando, FL 32896-5015 | SYNCB/Walmart<br>P.O. Box 965024<br>Orlando, FL 32896-5024 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

– 3 –