FILED
9/18/20 8:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 18-23484-TPA |
| BRADLEY LESLIE | ) |
| SUSAN LESLIE | ) Chapter 13 |
| | ) |
| Debtors. | ) Document No. _____ |
| | ) |
| BRADLEY LESLIE | ) |
| | ) Related to Doc. No. 91 |
| Movant, | ) |
| v. | ) |
| | ) |
| NO RESPONDENT, | ) |
| | ) |
| Respondent. | ) |

**ORDER TO PAY TRUSTEE PURSUANT TO AMENDED WAGE ATTACHMENT**

The above-named Debtor having filed a Chapter 13 petition and Debtor having moved to amend the existing wage attachment to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income: Alfasigma USA, Inc. shall deduct from that income the sum of $653.00, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR
> CHAPTER 13 TRUSTEE, W.D.PA.
> P.O. BOX 84051
> CHICAGO, IL  60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

      IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

      IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

      IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

      IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making of all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to the debtor(s) and this estate.

Dated: September 18, 2020

_____
Thomas P. Agresti, Judge    **jlm**
United States Bankruptcy Court

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
```

In re:                                                           Case No. 18-23484-TPA
Bradley Leslie                                                   Chapter 13
Susan Leslie
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1            Date Rcvd: Sep 18, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db/jdb         +Bradley Leslie,   Susan Leslie,   4100 Karla Drive,   Butler, PA 16001-2804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              Brian Nicholas    on behalf of Creditor    Select Portfolio Servicing, Inc.
               bnicholas@kmllawgroup.com
              Brian Nicholas    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC
               bnicholas@kmllawgroup.com
              George M Conway    on behalf of U.S. Trustee    Office of the United States Trustee
               george.m.conway@usdoj.gov
              Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Matthew F. Marshall    on behalf of Creditor    ARMCO Credit Union, f/k/a Butler Armco Employees
               Credit Union mmarshall@dmkcg.com, jrickabaugh@dmkcg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald B. Roteman    on behalf of Joint Debtor Susan  Leslie rroteman@stonecipherlaw.com,
               cstitt@stonecipherlaw.com
              Ronald B. Roteman    on behalf of Debtor Bradley  Leslie rroteman@stonecipherlaw.com,
               cstitt@stonecipherlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9