**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BRADLEY LESLIE | Case No. 18-23484-TPA |
| SUSAN LESLIE | Chapter 13 |
| Debtors. | Document No. 91, 93 |
| | Council Conf: 10/22/20 at 10:30 AM |
| v. | |
| | **CERTIFICATE OF SERVICE** |
| NO RESPONDENT, | |
| Respondent. | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 22nd day of September, 2020, I served or caused to be served the *Order* and *Motion to Pay Trustee Pursuant to Amended Wage Attachment* and the *Notification of Debtor's Social Security Number - Local Form 12*, in which a redacted version is attached as Exhibit A as ordered, via first class, U.S. mail, upon the following:

Alfasigma Pharmaceuticals, USA, Inc.
Attn: Jenifer Gagliardi, Human Resources
4099 Highway 190 East Service Road,
Covington, LA 70433 USA

Respectfully submitted,

*/s/ Ronald B. Roteman*
Ronald B. Roteman, Esquire
PA ID No. 66809
**STONECIPHER LAW FIRM**
125 First Avenue
Pittsburgh, PA 15222
(412) 391-8510 phone
(412)391-8522 fax
rroteman@stonecipherlaw.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**EXHIBIT A**

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 18-23484-TPA |
| BRADLEY LESLIE | ) |
| SUSAN LESLIE | ) Chapter 13 |
| | ) |
| Debtors. | ) Document No. _____ |
| | ) |
| SUSAN LESLIE | ) |
| | ) |
| Movant, | ) |
| v. | ) |
| | ) |
| NO RESPONDENT, | ) |
| | ) |
| Respondent. | ) |

**NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

Name of employer or other party subject to wage attachment:

Debtor's name: Bradley Leslie

Debtor's nine-digit Social Security number:

Debtor's address: 400 Karla Dr., Butler, PA 16001

Debtor's phone number: 724-991-1616

This notification is accompanied by a Wage Attachment Order issued by a United States Bankruptcy Judge regarding attachment of the debtor's wages. The debtor's Social Security number is being provided to assist in complying with the court order.

**NOTE: BECAUSE THIS NOTICE DISCLOSES THE DEBTOR'S FULL SOCIAL SECURITY NUMBER, IT IS TO BE MAILED TO THE EMPLOYER BUT SHALL NOT BE FILED WITH THE BANKRUPTCY COURT.**

Dated: June 13, 2019

*/s/ Ronald B. Roteman*
Ronald B. Roteman, Esquire
PA ID No. 66809
**STONECIPHER LAW FIRM**
125 First Avenue
Pittsburgh, PA 15222
(412) 391-8510 phone
(412)391-8522 fax
rroteman@stonecipherlaw.com
Attorney for Debtor