# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRADLEY LESLIE
SUSAN LESLIE

      Debtors.

v.

NO RESPONDENT,

      Respondent.

Case No. 18-23484-TPA

Chapter 13

Document No. 92, 94

Council Conf: 10/22/20 at 10:30 AM

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 22nd day of September, 2020, I served or caused to be served the *Order* and *Motion to Pay Trustee Pursuant to Amended Wage Attachment* and the *Notification of Debtor's Social Security Number - Local Form 12*, in which a redacted version is attached as Exhibit A as ordered, via first class, U.S. mail, upon the following:

  Department of Veterans Affairs
  DFAS-CL (ZPV)
  Attn: GARNISHMENT OPERATIONS
  1240 E 9th Street Room 1417

                Respectfully submitted,

                */s/ Ronald B. Roteman*
                Ronald B. Roteman, Esquire
                PA ID No. 66809
                **STONECIPHER LAW FIRM**
                125 First Avenue
                Pittsburgh, PA 15222
                (412) 391-8510 phone
                (412)391-8522 fax
                rroteman@stonecipherlaw.com
                Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**EXHIBIT A**

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 18-23484-TPA |
| BRADLEY LESLIE | ) |
| SUSAN LESLIE | ) Chapter 13 |
| | ) |
|     Debtors. | ) Document No. _____ |
| | ) |
| SUSAN LESLIE | ) |
| | ) |
|     Movant, | ) |
| v. | ) |
| | ) |
| NO RESPONDENT, | ) |
| | ) |
|     Respondent. | ) |

**NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

Name of employer or other party subject to wage attachment:

Debtor's name: Susan Leslie

Debtor's nine-digit Social Security number:

Debtor's address: 400 Karla Dr., Butler, PA 16001

Debtor's phone number: 724-355-1920

This notification is accompanied by a Wage Attachment Order issued by a United States Bankruptcy Judge regarding attachment of the debtor's wages. The debtor's Social Security number is being provided to assist in complying with the court order.

**NOTE: BECAUSE THIS NOTICE DISCLOSES THE DEBTOR'S FULL SOCIAL SECURITY NUMBER, IT IS TO BE MAILED TO THE EMPLOYER BUT SHALL NOT BE FILED WITH THE BANKRUPTCY COURT.**

Dated: June 13, 2019              ***/s/ Ronald B. Roteman***
                                                      Ronald B. Roteman, Esquire
                                                      PA ID No. 66809
                                                      **STONECIPHER LAW FIRM**
                                                      125 First Avenue
                                                      Pittsburgh, PA 15222
                                                      (412) 391-8510 phone
                                                      (412)391-8522 fax
                                                      rroteman@stonecipherlaw.com
                                                      Attorney for Debtor