**Form 221**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Bradley Leslie**
**Susan Leslie**
    Debtor(s)

Bankruptcy Case No.: 18–23484–TPA
Chapter: 13
Related To Document No.: 88
Concil. Conf.: 1/14/21 at 02:30 PM

## <u>ORDER</u>

On December 3, 2020, a Conciliation Conference was conducted on the Plan dated 9/15/20 , at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **The 7th of December, 2020**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

(1) ***On or before December 17, 2020,*** the Debtor(s) shall file and serve a copy of this ***Order*** and a ***Notice of Proposed Modification to Confirmed Plan***, and an ***Amended Plan*** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying ***Certificate of Service***.

(2) ***On or before January 7, 2021,*** all ***Objections*** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) ***On 1/14/21 at 02:30 PM ,*** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file a *Notice of Proposed Modification to Confirmed Plan*, an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

cm: Debtor
    Counsel

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re: | Case No. 18-23484-TPA

Bradley Leslie

Susan Leslie

    Debtor(s)

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: lmar | Page 1 of 2
Date Rcvd: Dec 07, 2020 | Form ID: 221 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol** | **Definition**

+ | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

**Recip ID** | **Recipient Name and Address**
db/jdb | + Bradley Leslie, Susan Leslie, 4100 Karla Drive, Butler, PA 16001-2804

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020 | Signature: | /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:**

**Name** | **Email Address**

Brian Nicholas

    on behalf of Creditor Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com

Brian Nicholas

    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC bnicholas@kmllawgroup.com

George M Conway

    on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov

Karina Velter

    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

Matthew F. Marshall

    on behalf of Creditor ARMCO Credit Union  f/k/a Butler Armco Employees Credit Union mmarshall@dmkcg.com, jrickabaugh@dmkcg.com

District/off: 0315-2                     User: lmar                              Page 2 of 2
Date Rcvd: Dec 07, 2020                  Form ID: 221                            Total Noticed: 1

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
                        on behalf of Joint Debtor Susan Leslie rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Ronald B. Roteman
                        on behalf of Debtor Bradley Leslie rroteman@stonecipherlaw.com  cbeard@stonecipherlaw.com

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 9