## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BRADLEY AND SUSAN LESLIE | ) | Bankruptcy No. 18-23484 TPA |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | Document No. _____ |
| | ) | |
| BRADLEY AND SUSAN LESLIE | ) | |
| | ) | Related to Doc. No. |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT | ) | |
| | ) | |
| Respondent. | ) | |

## **DECLARATION REGARDING MONTHLY MORTGAGE PAYMENT CHANGE**

AND NOW, come the Debtors, Bradley Leslie and Susan Leslie, by their undersigned counsel, Stonecipher Law Firm, and hereby file this Declaration Regarding Monthly Mortgage Payment Change, and in support thereof state as follows:

1. A Chapter 7 case was filed on August 31, 2018.

2. The case was converted to a Chapter 13 on January 28, 2019

3. The Chapter 13 Plan dated December 17, 2020, as modified, was confirmed by Order entered January 21, 2021.

4. Each of the Debtors have been funding the confirmed Chapter 13 plan (the "Plan") with monthly payments being made pursuant to respective wage-garnishment Orders in the aggregate amount of $3,099.00 per month.

5. In accordance with the Plan, the Debtors have been paying monthly mortgage payments to Select Portfolio Servicing, Inc. in the amount of $1,555.39 towards the Debtors' residence located at 4100 Karla Drive, Butler, PA 16001.

6. On or about May 3, 2022, Select Portfolio Servicing, Inc. filed a Notice of Mortgage Payment Change (the "Notice") that provides for an increase in the Debtors' monthly mortgage payment by $9.98, thus resulting in a new monthly mortgage payment in the amount of $1,565.37 beginning August 1, 2022.

7. Upon the undersigned counsel's review of the Plan, the current plan payment is sufficient to fund the Plan in its entirety.

8. The new post-petition monthly payment payable to Select Portfolio Servicing, Inc. is $1,565.37, effective August 1, 2022, per the Notice filed May 3, 2022.

Respectfully submitted,

**STONECIPHER LAW FIRM**

Dated: May 4, 2022

/s/ *Ronald B. Roteman*
Ronald B. Roteman, Esquire
PA ID No. 66809
125 First Avenue
Pittsburgh, PA 15222
rroteman@stonecipherlaw.com
Attorney for the Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-23484-TPA |
| BRADLEY LESLIE AND SUSAN LESLIE, ) | |
| ) | |
| Debtors ) | Chapter 13 |
| _____ ) | |
| BRADLEY LESLIE AND SUSAN LESLIE, ) | |
| ) | |
| Movants, ) | |
| v. ) | |
| NO RESPONDENT, ) | |
| ) | |
| Respondent ) | |
| ) | |

## CERTIFICATE OF SERVICE OF DECLARATION REGARDING MONTHLY MORTGAGE PAYMENT CHANGE

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below or on the attached list on May 4, 2022.

The types of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was via cm/ecf.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the hearing "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First Class Mail."

**Service By Electronic Notification**
Maria Miksich, mmiksich@kmllawgroup.com – Attorney for Select Portfolio Servicing, Inc.
Brian Nicholas, bnicholas@kmllawgroup.com – Attorney for Select Portfolio Servicing, Inc.
Ronda J. Winnecour, emecf@chapter13trusteewdpa.com – Chapter 13 Trustee
Office of the US Trustee - ustpregion03.pi.ecf@usdoj.gov

**Service By First Class Mail**
None

**EXECUTED ON:** May 4, 2022     STONECIPHER LAW FIRM

By: ***/s/Ronald B. Roteman***
Ronald B. Roteman, Esquire
PA ID No. 66809
125 First Avenue
Pittsburgh, PA  15222
(412) 391-8510
rroteman@stonecipherlaw.com
Attorney for Debtors