2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23484-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Bradley Leslie
4100 Karla Drive
Butler PA 16001

Susan Leslie
4100 Karla Drive
Butler PA 16001

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/12/2023.

Name and Address of Alleged Transferor(s):

Claim No. 7: Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 841650250

Name and Address of Transferee:

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/14/23

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23484-GLT |
| Bradley Leslie | Chapter 13 |
| Susan Leslie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 12, 2023 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15089839 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 12 2023 23:33:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 841650250 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING INC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust cwohlrab@raslg.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Maria Miksich | on behalf of Creditor Select Portfolio Servicing Inc. mmiksich@kmllawgroup.com |
| Matthew F. Marshall | on behalf of Creditor ARMCO Credit Union f/k/a Butler Armco Employees Credit Union mmarshall@dmkcg.com, spavick@dmkcg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 12, 2023 | Form ID: trc | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Debtor Bradley Leslie rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Joint Debtor Susan Leslie rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com


TOTAL: 11