**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/24/2023

IN RE:

BRADLEY LESLIE
SUSAN LESLIE
4100 KARLA DRIVE
BUTLER,  PA  16001
XXX-XX-1773         Debtor(s)

XXX-XX-9156

Case No.18-23484 GLT

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/24/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SYNCB~SCORE REWARDS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8709 |
| **STEPHEN R FRANKS ESQ**<br>MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br>COLUMBUS, OH 43216-5028 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR~MR COOPER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ARMCO CREDIT UNION***<br>PO BOX 1589*<br>BUTLER, PA 16003 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 0.00<br>COMMENT: CL20GOVS/STIP-CONF OE*1529.53/PL@BUTLER ARMCO*201.87 X (60+2)=LMT*BGN | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9156 |
| **ARMCO CREDIT UNION***<br>PO BOX 1589*<br>BUTLER, PA 16003 | Trustee Claim Number: 4  INT %: 2.75%<br>Court Claim Number: 18<br>CLAIM: 16,187.17<br>COMMENT: CL18GOVS/STIP-CONF OE*327.33/PL@BUTLER ARMCO~LTCD*LATE CLM~DK! | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9156 |
| **ARMCO CREDIT UNION***<br>PO BOX 1589*<br>BUTLER, PA 16003 | Trustee Claim Number: 5  INT %: 2.75%<br>Court Claim Number: 19<br>CLAIM: 15,798.21<br>COMMENT: CL19GOVS/STIP-CONF OE*371.60/PL@BUTLER ARMCO~LTCD*LATE CLM*DK! | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1733 |
| **FAIRFIELD RESORTS INC**<br>10750 W CHARLESTON BLVD #130<br>LAS VEGAS, NV 89135 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/AMD PL*TIMESHARE*DK | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: |
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: CL7GOV/STIP-CONF OE*PMT/DECL*DKT4PMT-LMT*BGN 2/19*NO ARRS/CL-PL*FR N | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9065 |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br>BUTLER, PA 16001 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CHASE CARD SERVICES****<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5732 |
| **CITIBANK****<br>POB 6241<br>SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2980 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 903.88<br>COMMENT: COMENITY CAPITAL BANK/BOSCOVS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1015 |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 257.18<br>COMMENT: COMENITY CAPITAL BANK/ULTIMATE REWARDS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8981 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 5,355.01<br>COMMENT: 838/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8738 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 3,403.85<br>COMMENT: DISCOVER FINANCIAL SERVICES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9236 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,169.96<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2420 |
| **NEXTIER BANK***<br>SPECIAL ASSETS<br>101 E DIAMOND ST STE 110<br><br>BUTLER, PA 16001 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9308 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 3,689.49<br>COMMENT: PAYPAL CREDIT/SCH*FR SYNCHRONY BANK-DOC 84 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7018 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br><br>NORFOLK, VA 23541 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 459.99<br>COMMENT: AMAZON*CHG OFF 10/14/2018 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2830 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br><br>NORFOLK, VA 23541 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,248.12<br>COMMENT: AMERICAN EAGLE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9327 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br><br>NORFOLK, VA 23541 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 1,118.39<br>COMMENT: CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1858 |

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 1,198.14<br>COMMENT: CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5632 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 2,657.92<br>COMMENT: DICK'S SPORTING GOODS*SCORE REWARDS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7988 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 1,118.45<br>COMMENT: SYNCH BANK~SCORE REWARDS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8709 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 582.00<br>COMMENT: X3065/SCH*TJX*CHG OFF 10/14/2018 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3076 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 686.51<br>COMMENT: TJX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2407 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 1,014.51<br>COMMENT: WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3244 |
| **THE BANK OF MISSOURI D/B/A FORTIVA**<br>PO BOX 105555<br>ATLANTA, GA 30348 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2802 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO CARD SERVICES<br>PO BOX 9210<br>DES MOINES, IA 50306 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 5,453.91<br>COMMENT: 629100109*6575/SCH*WF CARD SVC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0109 |
| **PROPERTY BOSS LLC**<br>5515 41ST AVE<br>GARY, IN 46408 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 2,371.21<br>COMMENT: OUTSIDE/CONF OE 6/14/19*RESIDENTIAL LEASE*$700MO/SCH G | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **DILLON MCCANDLESS KING****<br>800 CRANBERRY WOODS DR STE 100<br>CRANBERRY TWP, PA 16066-4133 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ARMCO CU/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  SELECT PORTFOLIO/PRAE | |