IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-23484-JCM |
| | : | | |
| Bradley Leslie | : | Chapter: | 13 |
| Susan Leslie | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/29/2023 |
| | : | Time: | 02:00 |

## PROCEEDING MEMO

**MATTER**   #138 Second Application for Compensation and Reimbursement of Expenses for Stonecipher Law Firm
    #141 Response by Trustee

**APPEARANCES:**

   Debtor: Ronald B. Roteman + Debtors
   Trustee: Ronda J. Winnecour

**NOTES:**

Roteman:   This is our second fee application. Most of the fees which accrued as a result of Mr. Leslie's employer stopping the wage attachment. Section 330 talks about the compensation of officers. I billed this case at a discounted rate. We ask that this be converted to a chapter 7.

Winnecour:   This case is not going to work.  If we pay the fees in full and what is needed for unsecured creditors it would need to go to $6k.   If they have no objection to conversion, I would recommend that.  If this case goes forward and is still underfunded.  I would be happy to substitute a motion to dismiss if this serves your clients better.

**OUTCOME:**   Case converted to chapter 7 upon oral motion of the chapter 13 Trustee/ Chambers to issue order.

SIGNED
8/29/23 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA