# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-23484-JCM |
| BRADLEY LESLIE AND SUSAN LESLIE, ) | |
| ) | |
| Debtors ) | Chapter 13 |
| ) | |
| BRADLEY LESLIE AND SUSAN LESLIE, ) | |
| ) | Related to Doc. No. 145 |
| Movants, ) | |
| v. ) | |
| NO RESPONDENT, ) | |
| ) | |
| Respondent ) | |

## CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7 AND TERMINATING WAGE ATTACHMENT

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below or on the attached list on August 30, 2023.

The types of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the hearing "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First Class Mail."

**Service By Electronic Notification**
**None**

**Service By First Class Mail**
See attached court matrix

**EXECUTED ON:**  August 30, 2023

        STONECIPHER LAW FIRM

By:  ***/s/Ronald B. Roteman***
     Ronald B. Roteman, Esquire
     PA ID No. 66809
     125 First Avenue
     Pittsburgh, PA  15222
     (412) 391-8510
     rroteman@stonecipherlaw.com

Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-23484-JCM<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Aug 30 13:32:29 EDT 2023 | ARMCO Credit Union, f/k/a Butler Armco Emplo<br>P.O. Box 1589<br>Butler, PA 16003-1589 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Stonecipher Law Firm<br>125 First Avenue<br>Pittsburgh, PA 15222-1506 | Synchrony Bank by AIS InfoSource, LP as agen<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Butler Armco Employees Credit Union<br>P.O. Box 1589<br>Butler, PA 16003-1589 | (p)BUTLER HEALTH SYSTEM<br>ATTN BUTLER MEMORIAL HOSPITAL<br>ONE HOSPITAL WAY<br>BUTLER PA 16001-4670 |
| Butler Memorial Hospital<br>P.O. Box 37171<br>Baltimore, MD 21297-3171 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citicards/CBNA<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | Comenity Bank/Boscovs<br>P.O. Box 182120<br>Columbus, OH 43218-2120 | Comenity Capital Bank<br>P.O. Box 182120<br>Columbus, OH 43218-2120 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Fairfields Resorts, Inc.<br>10750 W. Charleston Blvd.<br>Las Vegas, NV 89135-1048 |
| Kohls/Capital One<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 | Nationstar Mortgage<br>P.O. Box 199111<br>Dallas, TX 75219 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Attention: Bankruptcy Department<br>PO Box 619096<br>Dallas TX 75261-9096 |
| (p)NEXTIER BANK<br>SPECIAL ASSETS<br>245 PITTSBURGH RD<br>BUTLER PA 16001-3883 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PayPal Credit<br>P.O. Box 71202<br>Charlotte, NC 28272-1202 |
| Property Boss, LLC<br>5515 41st Avenue<br>Gary, IN 46408-2965 | Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | SYNCB/Amazon, PLLC<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| SYNCB/American Eagle DC<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | SYNCB/Care Credit<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | SYNCB/Dicks DC<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |

EXHIBIT A

| | | |
|---|---|---|
| SYNCB/Score Rewards DC<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | SYNCB/TJX CO<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | SYNCB/TJX COS DC<br>P.O. Box 965015<br>Orlando, FL 32896-5015 |
| SYNCB/Walmart<br>P.O. Box 965024<br>Orlando, FL 32896-5024 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | Select Portfolio Servicing, Inc.<br>P.O. Box  65250<br>Salt Lake City, UT 84165-0250 |
| Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 841650250 | Synchrony Bank<br>by AIS InfoSource, LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | TBOM/ATLS/Fortiva<br>P.O. Box 105555<br>Atlanta, GA 30348-5555 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | Bradley Leslie<br>4100 Karla Drive<br>Butler, PA 16001-2804 |
| Ronald B. Roteman<br>The Stonechipher Law Firm<br>125 First Avenue<br>Pittsburgh, PA 15222-1506 | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101-0355 | Susan Leslie<br>4100 Karla Drive<br>Butler, PA 16001-2804 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Butler Memorial Hospital<br>One Hospital Way<br>Butler, PA  16001 | Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850 | Discover Bank<br>P.O. Box 15316<br>Wilmington, DE 19850 |
| (d)Discover Financial Services<br>P.O. Box 15316<br>Wilmington, DE 19850 | Nextier Bank<br>P.O. Box 250<br>Evans City, PA 16033 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FEDERAL HOME LOAN MORTGAGE CORPORATION | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (u)SELECT PORTFOLIO SERVICING, INC |

```
(du)Select Portfolio Servicing, Inc.    (u)Select Portfolio Servicing, Inc. as servi    (d)LVNV Funding LLC
                                                                                        PO Box 10587
                                                                                        Greenville, SC 29603-0587


(d)PRA Receivables Management, LLC       End of Label Matrix
PO Box 41021                             Mailable recipients    44
Norfolk, VA 23541-1021                   Bypassed recipients     7
                                         Total                  51
```