## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BRADLEY AND SUSAN LESLIE | ) | Bankruptcy No. 18-23484 JCM |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | Document No. _____ |
| _____ | ) | |
| BRADLEY AND SUSAN LESLIE | ) | |
| | ) | Related to Doc. No. |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT | ) | |
| | ) | |
| Respondent. | ) | |

### SCHEDULE OF UNPAID DEBTS INCURRED POST-PETITION AND/OR POST-CONFIRMATION, PRE-CONVERSION

AND NOW, come the Debtors, Bradley Leslie and Susan Leslie, by their undersigned counsel, Stonecipher Law Firm, and hereby file this Schedule Of Unpaid Debts Incurred Post-Petition And/Or Post-Confirmation, Pre-Conversion, and in support thereof state as follows:

1. A Chapter 7 case was filed on August 31, 2018, converted to a Chapter 13 on January 28, 2019, and converted back to Chapter 7 on August 30, 2023.

2. The Debtors have incurred no unpaid debts either post-petition or post-confirmation, pre-conversion.

Respectfully submitted,

Dated: August 31, 2023

**STONECIPHER LAW FIRM**
/s/ *Ronald B. Roteman*
Ronald B. Roteman, Esquire
PA ID No. 66809
125 First Avenue
Pittsburgh, PA 15222
rroteman@stonecipherlaw.com
Attorney for the Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-23484-TPA |
| BRADLEY LESLIE AND SUSAN LESLIE, ) | |
| ) | |
| Debtors ) | Chapter 13 |
| _____ ) | |
| BRADLEY LESLIE AND SUSAN LESLIE, ) | |
| ) | |
| Movants, ) | |
| v. ) | |
| NO RESPONDENT, ) | |
| ) | |
| Respondent ) | |
| ) | |

**CERTIFICATE OF SERVICE OF SCHEDULE OF UNPAID DEBTS INCURRED POST-PETITION AND/OR POST-CONFIRMATION, PRE-CONVERSION**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below or on the attached list on August 31, 2023.

The types of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was via cm/ecf.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the hearing "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First Class Mail."

**Service By Electronic Notification**
Maria Miksich, mmiksich@kmllawgroup.com – Attorney for Select Portfolio Servicing, Inc.
Brian Nicholas, bnicholas@kmllawgroup.com – Attorney for Select Portfolio Servicing, Inc.
Ronda J. Winnecour, emecf@chapter13trusteewdpa.com – Chapter 13 Trustee
Office of the US Trustee - ustpregion03.pi.ecf@usdoj.gov

**Service By First Class Mail**
None

**EXECUTED ON:** August 31, 2023     STONECIPHER LAW FIRM

By: */s/Ronald B. Roteman*
Ronald B. Roteman, Esquire
PA ID No. 66809
125 First Avenue
Pittsburgh, PA  15222
(412) 391-8510
rroteman@stonecipherlaw.com
Attorney for Debtors