**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.  18-23484-JCM |
| BRADLEY LESLIE AND SUSAN LESLIE, | ) | |
| | ) | |
| Debtors | ) | Chapter 13 |
| | ) | |
| BRADLEY LESLIE AND SUSAN LESLIE, | ) | |
| | ) | Related to Doc. No. |
| Movants, | ) | |
| v. | ) | |
| NO RESPONDENT, | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

**STATEMENT OF INTENTION**

**DATE:** August 31, 2023

                                        STONECIPHER LAW FIRM

                              By:    ***/s/Ronald B. Roteman***
                                        Ronald B. Roteman, Esquire
                                        PA ID No. 66809
                                        125 First Avenue
                                        Pittsburgh, PA  15222
                                        (412) 391-8510
                                        rroteman@stonecipherlaw.com

                                        Attorney for Debtor

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bradley Leslie** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Susan Leslie** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 18-23484 |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Butler Armco Employees Credit Union**<br><br>Description of property securing debt: **4100 Karla Drive Butler, PA 16001  Butler County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>  **Claimed as exempt** | ☐ No<br><br>■ Yes |
| Creditor's name: **Butler Armco Employees Credit Union**<br><br>Description of property securing debt: **2015 Honda Pilot 65,000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>  **Claimed as exempt** | ☐ No<br><br>■ Yes |
| Creditor's name: **Butler Armco Employees Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Bradley Leslie** | | |
|---|---|---|---|
| Debtor 2 | **Susan Leslie** | Case number *(if known)* | **18-23484** |

| Description of property<br>securing debt: | **2014 Nissan Murano 62,000 miles** | *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Claimed as exempt** | |
|---|---|---|---|

| Creditor's name: | **Fairfields Resorts, Inc.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Claimed as exempt** | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property<br>securing debt: | **Timeshare, Wyndham Vacation Resorts, Myrtle Beach, SC** | | |

| Creditor's name: | **Nationstar Mortgage** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Claimed as exempt** | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property<br>securing debt: | **4100 Karla Drive Butler, PA 16001  Butler County** | | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Bradley Leslie** | | |
|---|---|---|---|
| Debtor 2 | **Susan Leslie** | Case number (*if known*) | **18-23484** |

| Part 3: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Bradley Leslie**

**Bradley Leslie**
Signature of Debtor 1

Date **August 31, 2023**

X **/s/ Susan Leslie**

**Susan Leslie**
Signature of Debtor 2

Date **August 31, 2023**

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy