| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Bradley Leslie** <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–1773 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | **Susan Leslie** <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–9156 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 7    8/31/18 |
| Case number: | 18–23484–JCM | Date case reconverted to chapter: | 7    8/30/23 |

Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set        10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bradley Leslie | Susan Leslie |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4100 Karla Drive <br> Butler, PA 16001 | 4100 Karla Drive <br> Butler, PA 16001 |
| 4. | **Debtor's attorney** <br> Name and address | Ronald B. Roteman <br> The Stonechipher Law Firm <br> 125 First Avenue <br> Pittsburgh, PA 15222 | Contact phone 412–391–8510 <br><br> Email: rroteman@stonecipherlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Rosemary C. Crawford <br> Crawford McDonald, LLC. <br> P.O. Box 355 <br> Allison Park, PA 15101 | Contact phone 724–443–4757 <br><br> Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**        page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 8/30/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 23, 2023 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**          **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/22/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/8/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/27/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23484-JCM |
| Bradley Leslie | Chapter 7 |
| Susan Leslie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 30, 2023 | Form ID: 309B | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley Leslie, Susan Leslie, 4100 Karla Drive, Butler, PA 16001-2804 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | George M Conway, United States Trustee, Suite 502, U S Customs House, 200 Chestnut Street, Philadelphia, PA 19106-2908 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Matthew F. Marshall, 800 Cranberry Woods Drive, Suite 100, Cranberry Township, PA 16066-5210 |
| aty | + | Stonecipher Law Firm, 125 First Avenue, Pittsburgh, PA 15222-1506 |
| cr | | ARMCO Credit Union, f/k/a Butler Armco Employees C, P.O. Box 1589, Butler, PA 16003-1589 |
| 14915333 | + | Butler Memorial Hospital, P.O. Box 37171, Baltimore, MD 21297-3171 |
| 14908914 | ++ | NEXTIER BANK, SPECIAL ASSETS, 245 PITTSBURGH RD, BUTLER PA 16001-3883 address filed with court:, Nextier Bank, P.O. Box 250, Evans City, PA 16033 |
| 14908913 | | Nationstar Mortgage, P.O. Box 199111, Dallas, TX 75219 |
| 14908916 | + | Property Boss, LLC, 5515 41st Avenue, Gary, IN 46408-2965 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Aug 30 2023 23:17:00 | Charles Griffin Wohlrab, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| aty | | Email/Text: amps@manleydeas.com | Aug 30 2023 23:17:00 | Stephen Russell Franks, Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| aty | | Email/Text: rroteman@stonecipherlaw.com | Aug 30 2023 23:17:00 | Ronald B. Roteman, The Stonechipher Law Firm, 125 First Avenue, Pittsburgh, PA 15222 |
| tr | + | EDI: BRCCRAWFORD.COM | Aug 31 2023 03:15:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Aug 31 2023 03:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 30 2023 23:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 31 2023 03:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 30 2023 23:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 30 2023 23:18:00 | Office of the United States Trustee, Liberty |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 14915332 | Email/Text: patientfinancialservices@butlerhealthsystem.org | Aug 30 2023 23:17:59 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14908904 | + Email/Text: mmcconnell@baecu.com | Aug 30 2023 23:18:00 | Butler Armco Employees Credit Union, P.O. Box 1589, Butler, PA 16003-1589 |
| 15002569 | Email/PDF: bncnotices@becket-lee.com | Aug 30 2023 23:34:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14908906 | + EDI: CITICORP.COM | Aug 31 2023 03:15:00 | Citicards/CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14908907 | + EDI: WFNNB.COM | Aug 31 2023 03:15:00 | Comenity Bank/Boscovs, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14908908 | + EDI: WFNNB.COM | Aug 31 2023 03:15:00 | Comenity Capital Bank, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14908909 | EDI: DISCOVER.COM | Aug 31 2023 03:15:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 14908910 | EDI: DISCOVER.COM | Aug 31 2023 03:15:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 14989185 | EDI: DISCOVER.COM | Aug 31 2023 03:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14908911 | + Email/Text: bankruptcydept@wyn.com | Aug 30 2023 23:18:00 | Fairfields Resorts, Inc., 10750 W. Charleston Blvd., Las Vegas, NV 89135-1048 |
| 14908905 | EDI: JPMORGANCHASE | Aug 31 2023 03:15:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14908912 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 30 2023 23:17:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15160109 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2023 23:22:44 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15004827 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 30 2023 23:17:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 14909293 | + EDI: RECOVERYCORP.COM | Aug 31 2023 03:15:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14908915 | + EDI: RMSC.COM | Aug 31 2023 03:15:00 | PayPal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 14988814 | EDI: Q3G.COM | Aug 31 2023 03:15:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14908917 | + EDI: RMSC.COM | Aug 31 2023 03:15:00 | SYNCB/Amazon, PLLC, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14908918 | + EDI: RMSC.COM | Aug 31 2023 03:15:00 | SYNCB/American Eagle DC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14908919 | + EDI: RMSC.COM | Aug 31 2023 03:15:00 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14908920 | + EDI: RMSC.COM | Aug 31 2023 03:15:00 | SYNCB/Dicks DC, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14908921 | + EDI: RMSC.COM | Aug 31 2023 03:15:00 | SYNCB/Score Rewards DC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14908922 | + EDI: RMSC.COM | Aug 31 2023 03:15:00 | SYNCB/TJX CO, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14908923 | + EDI: RMSC.COM | Aug 31 2023 03:15:00 | SYNCB/TJX COS DC, P.O. Box 965015, Orlando, FL 32896-5015 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14908924 | + | EDI: RMSC.COM | Aug 31 2023 03:15:00 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15029627 | + | Email/Text: bncmail@w-legal.com | Aug 30 2023 23:18:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15600348 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 30 2023 23:18:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15089839 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 30 2023 23:18:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 841650250 |
| 15026762 | + | EDI: AIS.COM | Aug 31 2023 03:15:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14908925 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 30 2023 23:17:00 | TBOM/ATLS/Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15003352 | | EDI: WFFC2 | Aug 31 2023 03:15:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14908926 | + | EDI: WFFC2 | Aug 31 2023 03:15:00 | Wells Fargo Card Services, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FEDERAL HOME LOAN MORTGAGE CORPORATION |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | SELECT PORTFOLIO SERVICING, INC |
| cr | | Select Portfolio Servicing, Inc. |
| cr | | Select Portfolio Servicing, Inc., as servicing age |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 5 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:

**Name**     **Email Address**

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Aug 30, 2023 | Form ID: 309B | Total Noticed: 50

Brian Nicholas
          on behalf of Creditor Select Portfolio Servicing Inc. bnicholas@kmllawgroup.com

Brian Nicholas
          on behalf of Creditor SELECT PORTFOLIO SERVICING INC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
          on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

George M Conway
          on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov

Maria Miksich
          on behalf of Creditor Select Portfolio Servicing Inc. mmiksich@kmllawgroup.com

Matthew F. Marshall
          on behalf of Creditor ARMCO Credit Union f/k/a Butler Armco Employees Credit Union mmarshall@dmkcg.com, spavick@dmkcg.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
          on behalf of Debtor Bradley Leslie rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Ronald B. Roteman
          on behalf of Joint Debtor Susan Leslie rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

Rosemary C. Crawford
          crawfordmcdonald@aol.com PA68@ecfcbis.com

Stephen Russell Franks
          on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

TOTAL: 12