IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BRADLEY LESLIE AND | : | Case No. 18-23484-JCM |
| SUSAN LESLIE, | : | Chapter 13 |
| *Debtors.* | : | |
| STONECIPHER LAW FIRM, | : | Related to Doc Nos. 138, 141 |
| *Movants,* | : | |
| v. | : | |
| NO RESPONDENT. | : | |

## ORDER

On August 29, 2023, a hearing was held on the ***Second Interim Application of Stonecipher Law Firm for Compensation and Reimbursement of Expenses*** ("Application") (Doc. 138) filed by Counsel for the Debtor on July 19, 2023. At the hearing, the Chapter 13 Trustee appeared and explained there were not sufficient funds on hand to pay the requested fees, and she orally moved to convert the case to chapter 7. The Debtors appeared at the hearing and consented to the conversion of their case. Counsel for the Debtor agreed that in light of the conversion, the requested fees could not be paid, and the *Application* is now moot. Therefore,

**AND NOW**, this **30th** day of **August, 2023,** for the reasons stated above and at the August 29, 2023 hearing, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

(1) The *Second Interim Application of Stonecipher Law Firm for Compensation and Reimbursement of Expenses* is **DENIED as moot.**

(2) The Trustee's oral motion to convert the above-captioned case to chapter 7 is GRANTED, and the case shall be converted to chapter 7 by separate Order of Court.

SIGNED
8/30/23 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

John C. Melaragno, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23484-JCM |
| Bradley Leslie | Chapter 13 |
| Susan Leslie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 30, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley Leslie, Susan Leslie, 4100 Karla Drive, Butler, PA 16001-2804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Select Portfolio Servicing  Inc., as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Maria Miksich | on behalf of Creditor Select Portfolio Servicing  Inc. mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 30, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Matthew F. Marshall
    on behalf of Creditor ARMCO Credit Union f/k/a Butler Armco Employees Credit Union mmarshall@dmkcg.com, spavick@dmkcg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Debtor Bradley Leslie rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Joint Debtor Susan Leslie rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

TOTAL: 11