IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BRADLEY LESLIE AND SUSAN LESLIE, | : | Case No.   18-23484-JCM |
| | : | |
| *Debtor(s)* | : | Chapter 13 |
| | : | |
| | : | |

## ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7 AND TERMINATING WAGE ATTACHMENT

The Chapter 13 Trustee has made an oral motion to convert in accordance with 11 U.S.C. §1307(c), which the Debtors have consented to, seeking to convert the case to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code). The court finds that the motion should be granted.

*AND NOW*, this **30th** day of *August, 2023*, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) This case is **CONVERTED** to a case under Chapter 7.  **On or before September 13, 2023** any party-in-interest that challenges the good faith of the conversion shall file a motion setting forth the basis of the challenge and specifically identifying the relief requested in the event conversion is found not to have been made in good faith.

(2) The wage attachment(s) issued in this case are immediately **TERMINATED**.  The Debtor shall serve a copy of this order on the employer(s).

(3) **On or before September 13, 2023**, the Debtor shall file a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case and before conversion. *Bankruptcy Rule 1019(5)(B)(i).*

(4) **On or before September 13, 2023**, the Debtor shall file the statements and schedules required by *Bankruptcy Rules 1019(1)(A) & 1007(b)*, if such documents have not already been filed.

(5) **On or before September 29, 2023,** the Debtor shall file a statement of intention with respect to retention or surrender of property securing consumer debts, as required by *11 U.S.C. §521(a)(2), Bankruptcy Rule 1019(1)(B)* and conforming to *Official Form 8*.

1

(6)   The Chapter 13 Trustee **FORTHWITH** shall turn over to the Chapter 7 Trustee all records and property of the estate remaining in the Chapter 13 Trustee's custody and control, as required by *Bankruptcy Rule 1019(4)*, except to the extent that the Trustee shall dispose of remaining funds as required by *W.PA. LBR 3021-1(f)*.

(7)   **On or before October 30, 2023**, the Chapter 13 Trustee shall file an accounting of all receipts and distributions made.  Jurisdiction over the Chapter 13 Trustee's certification of disbursements of funds and final report and account remains assigned to the Honorable John C. Melaragno, Bankruptcy Judge.

(8)   **On or before October 30, 2023**, the Debtor shall, if the case is converted after the confirmation of a plan, file:

   (a)   A schedule of all property not listed in the final report and account of the Chapter 13 Trustee which was acquired after the commencement of the Chapter 13 case but before the entry of this conversion order, *Bankruptcy Rule 1019(5)(C)(i)*;

   (b)   A schedule of unpaid debts not listed in the Chapter 13 Trustee's final report and account, *Bankruptcy Rule 1019(5)(C)(ii)*; and

   (c)   A schedule of executory contracts entered into or assumed after the commencement of the Chapter 13 case but before the entry of this conversion order, *Bankruptcy Rule 1019(5)(C)(iii)*, and

   (d)   The schedule of claimants under (b) of this paragraph shall be filed in matrix format.  The Clerk shall reject for filing any list of claimants which is not filed in matrix format.

It is **FURTHER ORDERED** that the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*.  If the reports and schedules per Paragraphs 3, 8(b) and 8(c) of this Order are filed in time for the Clerk to include post-petition creditors in the §341 notice mailing, the Clerk shall so include the post-petition creditors in that mailing.  If said report and schedules are not filed in time for inclusion of the post-petition creditors in the §341 notice mailing, **within ten (10) days of the filing of said report and schedules**, the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*.

It is **FURTHER ORDERED** that Debtor shall **IMMEDIATELY SERVE** a copy of this Order on all creditors in the above case and shall ***file a Certificate of Service*** with the Clerk of the Bankruptcy Court.

The Court retains jurisdiction over the Chapter 13 Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Trustee's Final Report and Account, the Chapter 13 Trustee is discharged from her duties in this case.

_____ jlm
John C. Melaragno, Judge
United States Bankruptcy Court

Case Administrator to serve:
Debtor(s)
Debtor(s) Counsel
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee
Chapter 7 Trustee

SIGNED
8/30/23 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

3

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23484-JCM |
| Bradley Leslie | Chapter 7 |
| Susan Leslie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 30, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley Leslie, Susan Leslie, 4100 Karla Drive, Butler, PA 16001-2804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: bnc@chapter13trusteewdpa.com | Aug 30 2023 23:17:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor SELECT PORTFOLIO SERVICING INC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Select Portfolio Servicing Inc. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 30, 2023 | Form ID: pdf900 | Total Noticed: 2 |

George M Conway
    on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov

Maria Miksich
    on behalf of Creditor Select Portfolio Servicing Inc. mmiksich@kmllawgroup.com

Matthew F. Marshall
    on behalf of Creditor ARMCO Credit Union f/k/a Butler Armco Employees Credit Union mmarshall@dmkcg.com, spavick@dmkcg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Debtor Bradley Leslie rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Joint Debtor Susan Leslie rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

TOTAL: 12