**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                                     CASE NO.: 18-23484
                                                                                                         CHAPTER 7

**Bradley Leslie,**
    **Debtor.**

**Susan Leslie,**
    **Joint Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS RD., SUITE 450**
**ALPHARETTA, GA  30004**

                                      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                      Attorney for Secured Creditor
                                      13010 Morris Rd., Suite 450
                                      Alpharetta, GA  30004
                                      Telephone: 470-321-7112
                                      Facsimile: 404-393-1425

                                      By: _\S\Michelle L. McGowan, Esq._
                                          Michelle L. McGowan, Esq., Esquire
                                          Pennsylvania Bar No. 62414 PA
                                          Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on September 13, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

BRADLEY LESLIE
4100 KARLA DRIVE
BUTLER, PA 16001

SUSAN LESLIE
4100 KARLA DRIVE
BUTLER, PA 16001

And via electronic mail to:

THE STONECHIPHER LAW FIRM
125 FIRST AVENUE
PITTSBURGH, PA 15222

ROSEMARY C. CRAWFORD
CRAWFORD MCDONALD, LLC.
P.O. BOX 355
ALLISON PARK, PA 15101

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

                                                   By: /s/ Angela Gill