4100 Karla Drive  September 15, 2023
Butler, PA  16001
(724) 991-1616

Ronda J. Winnecour
U.S. Steel Tower
Ste: 3250
600 Grant Street
Pittsburgh, PA  15219

CC:  Judge John C. Melaragno; Rosemary C. Crawford

RE:  Case Number: 18-23484-JCM

Dear Ms. Winnecour,

We would like to respectfully request a hearing to scrutinize the questionable billing practices by our attorney, Ronald B. Roteman.

At our previous hearing on August 29, 2023, we thought Judge John C. Melaragno made it clear that there should be no more fees attached to this case.  Mr. Roteman charged us $733.51 in fees dated August 30-31, 2023, which was obviously after the hearing.

These fees were part of a bill from Mr. Roteman we received via email on September 6, 2023, totaling $12,409.68 which is enclosed.  Also enclosed are all of the bills we have received from Mr. Roteman throughout this entire process.

As you will see in the enclosed bills, the same types of fees, "possible duplicate or excessive time," permeate these documents.  Such fees were recently called into question by your office and dismissed during the aforementioned hearing.

We appreciate your prompt attention to this matter and eagerly await your response.


Respectfully,


Brad and Susan Leslie

# Stonecipher Law Firm

125 First Avenue
Pittsburgh, PA 15222
Phone: 412-391-8510  Fax: 412-391-8522
Tax ID No. ███

Brad and Susan Leslie
4100 Karla Dr.
Butler, PA 16001

September 6, 2023

**LEGAL SERVICES RENDERED THROUGH AUGUST 31, 2023**

|  | Balance |
|---|---|
| SCBS # 585.00_Leslie | $12,409.68 |

# Stonecipher Law Firm

125 First Avenue
Pittsburgh, PA 15222
Phone: 412-391-8510   Fax: 412-391-8522

Brad and Susan Leslie
4100 Karla Dr.
Butler, PA 16001

September 6, 2023
585.00_Leslie
Invoice #          5330

## LEGAL SERVICES RENDERED THROUGH AUGUST 31, 2023

|  | Amount |
|---|---:|
| Previous balance | $11,676.17 |
| Balance due | $11,676.17 |

# Stonecipher Law Firm

125 First Avenue
Pittsburgh, PA 15222
Phone: 412-391-8510  Fax: 412-391-8522

Brad & Susan Leslie
4100 Karla Drive
Butler, PA 16001

September 6, 2023
585.02_Post-Conversion Matters
Invoice #         4079

**LEGAL SERVICES RENDERED THROUGH AUGUST 31, 2023**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/28/2023 RBR | Miscellaneous - prepare for fee application hearing. | | 1.00 | NO CHARGE |
| 8/30/2023 RBR | Review text docket entry re: conversion. Prepare wage attachment termination motion. Prepare required post-conversion schedules. Email to clients re: same. Confer with JSD re: preparation for filing. Phone with Ashley, Judge Melaragno's law clerk (.2). Review conversion order and meeting of creditors notice. Emails to clients. | | 1.80 | 533.25 |
| | JD | Prepared for Order for Conversion for service and served same to mailing matrix. | 0.50 | 50.63 |
| 8/31/2023 RBR | Miscellaneous - attend to conversion matters. Emails with clients. | | 0.30 | 88.88 |
| | JD | Review and revise Statement of Intent for filing and file same on the US Bankruptcy Court for the Western District of PA's online docket. | 0.20 | 20.25 |
| | JD | File Schedules of Unpaid Debt and Executory contracts and unexpired leases entered into post-petition and/or post-confirmation, preconversion on the US Bankruptcy Court for the Western District of PA's online docket and served same. | 0.40 | 40.50 |
| | For professional services rendered | | 4.20 | $733.51 |
| | Balance due | | | $733.51 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joan DeArment | 1.10 | 101.25 | $111.38 |
| Ronald B. Roteman | 2.10 | 296.25 | $622.13 |

Brad & Cusan  
585.02_Post-Conversion Matters

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ronald B. Roteman | 1.00 | 0.00 | $0.00 |

# Stonecipher Law Firm

125 First Avenue
Pittsburgh, PA 15222
Phone: 412-391-8510  Fax: 412-391-8522
Tax ID No. ▮▮▮▮▮▮▮

## LEGAL SERVICES RENDERED THROUGH AUGUST 31, 2023

|  | Fees | Costs | Payments | New Balance |
|---|---:|---:|---:|---:|
| 585.00_Leslie | $0.00 | $0.00 | $0.00 | $11,676.17 |
| 585.02_Post-Conversion Matters | $733.51 | $0.00 | $0.00 | $733.51 |
| **GRAND TOTAL** | $733.51 | $0.00 | $0.00 | $12,409.68 |