# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BRADLEY AND SUSAN LESLIE | ) | Bankruptcy No. 18-23484-JCM |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | Document No. _____ |
| | ) | |
| | ) | Related to Doc. No. 161, 162 |

## RESPONSE OF STONECIPHER LAW FIRM TO DEBTORS' LETTER AND COURT ORDER

AND NOW, comes Stonecipher Law Firm, and hereby files the Response Of Stonecipher Law Firm To Debtors' Letter And Court Order, and in support thereof states as follows:

1. At the hearing held August 29, Stonecipher agreed that its pursuit of the fees in the second fee application were moot and that the application may be denied.

2. As the Court noted in the Order entered October 4, 2023, Stonecipher agreed to limit its post-conversion legal fees to $1,000, and the debtors acknowledged that in the courtroom.

3. Stonecipher's staff sent out both the pre-conversion and post-conversion bills, and attorney Roteman failed to catch the mistake.

4. The only bill that should have been sent was the post-conversion bill.

5. Had the debtors simply sent Mr. Roteman an email or picked up the phone and called, all of this could have been avoided.

6. Instead, they chose to send the court a letter questioning Mr. Roteman's integrity and honesty, something Mr. Roteman has never experienced in 30 years of practice.

7. Stonecipher formally wrote off the pre-conversion fees, and the invoices that were sent to the Leslies earlier this week reflect that. Attached hereto is Mr. Roteman's

communication with his staff, which communication took place prior to the Court's receipt of the Debtors' letter, instructing that the fees be written off (redacted to remove the matters pertaining to other firm clients), along with the email and invoices sent to the Leslie's this week.

8. Stonecipher will continue to bill for post-conversion matters, capping its legal fees at $1,000, as represented to this court at the hearing.

WHEREFORE, Stonecipher Law Firm respectfully requests that this Court find this response sufficient in addressing the court's concerns.

Respectfully submitted,

Dated: October 5, 2023

**STONECIPHER LAW FIRM**
/s/ *Ronald B. Roteman*
Ronald B. Roteman, Esquire
PA ID No. 66809
125 First Avenue
Pittsburgh, PA 15222
rroteman@stonecipherlaw.com
Attorney for the Debtors

# EXHIBIT

| | |
|---|---|
| **From:** | Ron Roteman |
| **To:** | Joan DeArment |
| **Subject:** | RE: September 2023 Pre-bills |
| **Date:** | Tuesday, October 3, 2023 9:59:00 AM |

Yes, that's fine.  Please send it out.

Ronald B. Roteman
Stonecipher Law Firm
125 First Avenue
Pittsburgh, PA  15222
ph. 412-391-8510, x-828
fax. 412-391-8522
rroteman@stonecipherlaw.com

The information contained in this transmission and any attachments is intended only for the personal and confidential use of the intended recipients. This transmission may be or may contain privileged and confidential communications. If the reader of this transmission is not an intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message and all attachments from your system. The recipient should check this transmission and any attachments for the presence of viruses. The company accepts no liability for any damage caused, directly or indirectly, by any virus transmitted. Nothing in this message should be interpreted as a digital electronic signature that can be used to authenticate a contract or other legal documents.

**From:** Joan DeArment <jdearment@stonecipherlaw.com>
**Sent:** Tuesday, October 3, 2023 9:49 AM
**To:** Ron Roteman <rroteman@stonecipherlaw.com>
**Subject:** RE: September 2023 Pre-bills

Ok – thanks for confirming I was nervous since the amount was so large.  The (2) accounts are linked in TimeSlips so this is how the invoice printed.  Is that what you had in mind?  Please let me know if you need me to take the 585.00 off of the invoice completely.  Thanks.

**From:** Ron Roteman <rroteman@stonecipherlaw.com>
**Sent:** Tuesday, October 3, 2023 8:50 AM
**To:** Joan DeArment <jdearment@stonecipherlaw.com>
**Subject:** RE: September 2023 Pre-bills

Correct.

Ronald B. Roteman
Stonecipher Law Firm
125 First Avenue
Pittsburgh, PA  15222
ph. 412-391-8510, x-828
fax. 412-391-8522
rroteman@stonecipherlaw.com

The information contained in this transmission and any attachments is intended only for the personal and confidential use of the intended recipients. This transmission may be or may contain privileged and confidential communications. If the reader of this transmission is not an intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message and all attachments from your system. The recipient should check this transmission and any attachments for the presence of viruses. The company accepts no liability for any damage caused, directly or indirectly, by any virus transmitted. Nothing in this message should be interpreted as a digital electronic signature that can be used to authenticate a contract or other legal documents.

**From:** Joan DeArment <jdearment@stonecipherlaw.com>
**Sent:** Monday, October 2, 2023 4:30 PM
**To:** Ron Roteman <rroteman@stonecipherlaw.com>
**Subject:** RE: September 2023 Pre-bills

Hi, Ron.  I just wanted to confirm with you that I'm writing off Leslie # 585.00 for $11,676.17?  Thank you!!

**From:** Ron Roteman <rroteman@stonecipherlaw.com>
**Sent:** Monday, October 2, 2023 1:24 PM
**To:** Joan DeArment <jdearment@stonecipherlaw.com>
**Subject:** RE: September 2023 Pre-bills

Thanks.
Please make the following changes:
1. 
2. Leslie – please write off 585.00.  585.02 is fine;
3. From RBR consult file:
    a. 
    
    .

Thank you.  Ron

Ronald B. Roteman
Stonecipher Law Firm
125 First Avenue
Pittsburgh, PA  15222
ph. 412-391-8510, x-828
fax. 412-391-8522
rroteman@stonecipherlaw.com

The information contained in this transmission and any attachments is intended only for the personal and confidential use of the intended recipients. This transmission may be or may contain privileged and confidential communications. If the reader of this transmission is not an intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use,

dissemination, distribution or copying of this communication or the information contained herein is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message and all attachments from your system. The recipient should check this transmission and any attachments for the presence of viruses. The company accepts no liability for any damage caused, directly or indirectly, by any virus transmitted. Nothing in this message should be interpreted as a digital electronic signature that can be used to authenticate a contract or other legal documents.

**From:** Joan DeArment <jdearment@stonecipherlaw.com>
**Sent:** Monday, October 2, 2023 11:30 AM
**To:** Ron Roteman <rroteman@stonecipherlaw.com>
**Subject:** September 2023 Pre-bills

Hi, Ron.  Here are your September pre-bill worksheets.  I did also include                review.  Please let me know if you have any revisions or edits.  Thank you!


*Joanie*

Joan DeArment
*Paralegal*
**Stonecipher Law Firm**
125 First Avenue
Pittsburgh, PA 15222-1590
(412) 391-8510
Fax (412) 391-8522
E-mail: jdearment@stonecipherlaw.com

*******************************************************************************
This communication may be protected by the attorney/client privilege and may contain confidential information. Any use, dissemination, distribution, copying, or other reproduction of this message or any of its contents by anyone other than the stated recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by phone (412-391-8510) or by reply email and then delete or destroy this communication (along with any attachments) and all copies.
*******************************************************************************

**Ron Roteman**

---

| | |
|---|---|
| **From:** | Joan DeArment |
| **Sent:** | Tuesday, October 3, 2023 10:28 AM |
| **To:** | susan.leslie2@yahoo.com; braddleslie1877@gmail.com |
| **Cc:** | Ron Roteman |
| **Subject:** | Stonecipher Law Firm / September 2023 invoice |
| **Attachments:** | 5348-10_3_2023-Leslie_585.00.PDF |

On behalf of Ron Roteman, attached please find your statement for legal services rendered through the month of September 2023.  Please don't hesitate to contact this office if you have any questions.

Thank you!

*Joanie*

Joan DeArment
*Paralegal*
**Stonecipher Law Firm**
125 First Avenue
Pittsburgh, PA 15222-1590
(412) 391-8510
Fax (412) 391-8522
E-mail: jdearment@stonecipherlaw.com

*****************************************************************************

This communication may be protected by the attorney/client privilege and may contain confidential information. Any use, dissemination, distribution, copying, or other reproduction of this message or any of its contents by anyone other than the stated recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by phone (412-391-8510) or by reply email and then delete or destroy this communication (along with any attachments) and all copies.
*****************************************************************************

# Stonecipher Law Firm

125 First Avenue
Pittsburgh, PA 15222
Phone:  412-391-8510   Fax:  412-391-8522
Tax ID No. 25-1235773

Brad and Susan Leslie                                                                                    October 3, 2023
4100 Karla Dr.
Butler, PA 16001

**LEGAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2023**

|  | Balance |
|---|---|
| SCBS #  585.00_Leslie | $759.97 |

# Stonecipher Law Firm

125 First Avenue
Pittsburgh, PA 15222
Phone: 412-391-8510  Fax: 412-391-8522

Brad and Susan Leslie  
4100 Karla Dr.  
Butler, PA 16001

October 3, 2023  
585.00_Leslie  
Invoice #        5348

**LEGAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2023**

|  |  | Amount |
|---|---|---|
|  | Previous balance | $11,676.17 |
|  | Accounts receivable transactions |  |
| 10/3/2023 | Write off balance | ($11,676.17) |
|  | Total payments and adjustments | ($11,676.17) |
|  | Balance due | $0.00 |

# Stonecipher Law Firm

125 First Avenue
Pittsburgh, PA 15222
Phone:  412-391-8510  Fax:  412-391-8522

Brad & Susan Leslie
4100 Karla Drive
Butler, PA 16001

October 3, 2023
585.02_Post-Conversion Matters
Invoice #        4118

**LEGAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2023**

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 9/28/2023 | Postage charges | 26.46 |
|  | Total additional charges | $26.46 |
|  | Previous balance | $733.51 |
|  | Balance due | $759.97 |

# Stonecipher Law Firm

125 First Avenue
Pittsburgh, PA  15222
Phone:  412-391-8510  Fax:  412-391-8522
Tax ID No. 25-1235773

### LEGAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2023

|  | Fees | Costs | Payments | New Balance |
|---|---|---|---|---|
| 585.00_Leslie | $0.00 | $0.00 | $0.00 | $0.00 |
| 585.02_Post-Conversion Matters | $0.00 | $26.46 | $0.00 | $759.97 |
| GRAND TOTAL | $0.00 | $26.46 | $0.00 | $759.97 |