# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-23484-JCM |
| BRADLEY LESLIE AND SUSAN LESLIE, ) | |
| ) | |
| Debtors ) | Chapter 13 |
| ) | |

## CERTIFICATE OF SERVICE OF RESPONSE OF STONECIPHER LAW FIRM TO DEBTORS' LETTER AND COURT ORDER

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below or on the attached list on October 5, 2023.

The types of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was via cm/ecf.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example: the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the hearing "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First Class Mail."

**Service By Electronic Notification**
Brian Nicholas, bnicholas@kmllawgroup.com – Attorney for Select Portfolio Servicing, Inc.
Rosemary Crawford, crawfordmcdonald@aol.com  – Chapter 13 Trustee
George M. Conway, George.M.Conway@usdoj.gov - Office of the US Trustee
Office of the US Trustee – ustpregion03.pi.ecf@usdoj.gov
Brad and Susan Leslie - braddleslie1877@gmail.com; and susan.leslie2@yahoo.com
**Service By First Class Mail**
None

**EXECUTED ON:**  October 5, 2023          STONECIPHER LAW FIRM

                                                                 By:   ***/s/Ronald B. Roteman***
                                                                     Ronald B. Roteman, Esquire
                                                                     PA ID No. 66809
                                                                     125 First Avenue
                                                                     Pittsburgh, PA  15222
                                                                     (412) 391-8510
                                                                     rroteman@stonecipherlaw.com
                                                                     Attorney for Debtors