IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BRADLEY LESLIE and<br>SUSAN LESLIE | : | Case No. 18-23484-JCM |
| | : | |
| | : | Chapter 7 |
| *Debtors.* | : | |
| | : | Related Doc. Nos. 138, 141, 144 and 161 |

## ORDER

On October 3, 2023, the Court received a letter from the Debtors (Doc. 161) regarding the invoices emailed to them on September 6, 2023 by Ronald Roteman, Esq. of the Stonecipher Law Firm. After the Court's review of the audio transcript from the August 29, 2023 hearing held on the *Second Application for Compensation and Reimbursement of Expenses for Stonecipher Law Firm ("Second Compensation Application")* (Doc. 138) and the Order denying the *Second Compensation Application* issued on August 30, 2023 (Doc. 144), the Court has significant concerns regarding the invoice submitted by Counsel for the Debtors dated September 6, 2023, attached to the letter sent to the Court (Doc. 161).

The invoice seeks to collect the sum of $12,409.68 from the Debtors for services rendered through August 31, 2023, which is comprised of $11,676.17 from the Debtors' Chapter 13 case and $733.51 in "Post-Conversion Matters." Inexplicably, the pre-conversion sum of $11,616.17 sought by Counsel appears to be mostly duplicative of the sum sought in the *Second Compensation Application,* which was explicitly DENIED. The Court notes the entries are "mostly duplicative" because there are additional charges over and above the $9,104.76 in compensation and $68.60 in expenses that were sought in the *Second Compensation Application* in the amount of $2,502.81 that are not identified or itemized and for which no compensation application was filed.

1

Further, at the time of hearing on the *Second Compensation Application,* the Debtors and Counsel entered into an agreement whereby Counsel agreed to perform all necessary services related to the completion of the Debtors' Chapter 7 case for the maximum sum of $1,000.00.

From the letter and invoice that have been provided to the Court, it now appears that Counsel is attempting to collect fees from the Debtors that were not approved, has billed time for work not performed[1], has submitted invoices that do not comply with Local Rule 2016(d)(1)[2] and is on track to exceed the stated maximum fee of $1,000 that was agreed upon by the parties to finalize the Chapter 7 proceeding. Therefore,

AND NOW, this **4th** day of **October, 2024**, for the reasons stated above, it is hereby ORDERED, ADJUDGED AND DECREED that *on or before October 11, 2023,* Ronald Roteman, Esq., shall file a *Response* to the letter submitted by the Debtors and which addresses the concerns raised herein by the Court. Upon receipt and review of the *Response*, the Court may schedule a hearing.

SIGNED
10/4/23 4:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jlm
John C. Melaragno, Judge
United States Bankruptcy Court

---

[1] On 8/30/2023 Counsel charged time for preparation of a wage attachment termination motion when no such motion was necessary or filed which was relayed to Counsel at the time of his call to the Judge's law clerk.

[2] On 8/30/2023 Counsel identifies 9 or more events and provides a bulk time allotment of 1.80 hrs. for all matters.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23484-JCM |
| Bradley Leslie | Chapter 7 |
| Susan Leslie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 04, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley Leslie, Susan Leslie, 4100 Karla Drive, Butler, PA 16001-2804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 06, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Select Portfolio Servicing  Inc., as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Maria Miksich | on behalf of Creditor Select Portfolio Servicing  Inc. mmiksich@kmllawgroup.com |

District/off: 0315-2 | User: auto | Page 2 of 2

Date Rcvd: Oct 04, 2023 | Form ID: pdf900 | Total Noticed: 1

| | |
|---|---|
| Matthew F. Marshall | on behalf of Creditor ARMCO Credit Union f/k/a Butler Armco Employees Credit Union mmarshall@dmkcg.com, spavick@dmkcg.com |
| Michelle L. McGowan | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronald B. Roteman | on behalf of Debtor Bradley Leslie rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com |
| Ronald B. Roteman | on behalf of Joint Debtor Susan Leslie rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Stephen Russell Franks | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |

TOTAL: 12