IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
 BRADLEY LESLIE AND                   :    Case No. 18-23484-JCM
 SUSAN LESLIE,                        :
         *Debtors.*                   :    Related to Doc Nos. 161, 162, 163

## ORDER

On October 5, 2023, Counsel for the Debtor filed the *Response of Stonecipher Law Firm to Debtors' Letter and Court Order* (Doc. 163) stating that the pre-conversion bill of $11,676.17 was mistakenly sent to the Debtors, that the sums have been charged off and that the Stonecipher Law Firm is not seeking to collect those funds. The Court acknowledges, and reminds the Debtors, that at the August 29, 2023 hearing, the Court approved the arrangement between the parties whereby the Debtors agreed to pay and Counsel agreed to accept the additional sum of no more than $1,000 for work done by Counsel for the completion of the Chapter 7 case. Therefore,

AND NOW, this **6th** day of **October, 2023**, for the reasons stated above, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The matters raised by the Debtors in their letter dated September 15, 2023 (Doc. 161) are deemed closed.

2. Counsel for the Debtors is further reminded that the allowed post-conversion fees are limited to a maximum of $1,000 for all services necessary to complete the Chapter 7 proceeding. No further fees will be granted in this case.

SIGNED
10/6/23 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

jlm
_____
John C. Melaragno, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23484-JCM |
| Bradley Leslie | Chapter 7 |
| Susan Leslie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Bradley Leslie, Susan Leslie, 4100 Karla Drive, Butler, PA 16001-2804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING INC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Maria Miksich | on behalf of Creditor Select Portfolio Servicing Inc. mmiksich@kmllawgroup.com |

| | |
|---|---|
| Matthew F. Marshall | on behalf of Creditor ARMCO Credit Union f/k/a Butler Armco Employees Credit Union mmarshall@dmkcg.com, spavick@dmkcg.com |
| Michelle L. McGowan | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronald B. Roteman | on behalf of Attorney Stonecipher Law Firm rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com |
| Ronald B. Roteman | on behalf of Debtor Bradley Leslie rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com |
| Ronald B. Roteman | on behalf of Joint Debtor Susan Leslie rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Stephen Russell Franks | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |

TOTAL: 13