**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BRADLEY LESLIE <br> SUSAN LESLIE <br>     Debtor(s) <br><br> Ronda J. Winnecour <br>     Movant <br>       vs. <br> No Respondents. | Case No.:18-23484 <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 08/31/2018 and confirmed on 03/29/2019 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 155,873.35 |
| Less Refunds to Debtor | | 2,112.98 | |
| TOTAL AMOUNT OF PLAN FUND | | | 153,760.37 |
| | | | |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 13,496.50 | |
|   Trustee Fee | | 7,193.53 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 20,690.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   ARMCO CREDIT UNION* | 0.00 | 11,116.97 | 0.00 | 11,116.97 |
|     Acct: 9156 | | | | |
|   FAIRFIELD RESORTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 85,178.01 | 0.00 | 85,178.01 |
|     Acct: 9065 | | | | |
|   ARMCO CREDIT UNION* | 16,187.17 | 16,187.17 | 1,185.25 | 17,372.42 |
|     Acct: 9156 | | | | |
|   ARMCO CREDIT UNION* | 15,798.21 | 15,775.61 | 1,256.12 | 17,031.73 |
|     Acct: 1733 | | | | |
| | | | | 130,699.13 |
| Priority | | | | |
|   RONALD B ROTEMAN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRADLEY LESLIE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRADLEY LESLIE | 1,395.98 | 1,395.98 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-23484 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | BRADLEY LESLIE | 717.00 | 717.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STONECIPHER LAW FIRM | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STONECIPHER LAW FIRM | 13,496.50 | 11,496.50 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX0-18 | | | | |
| | STONECIPHER LAW FIRM | 9,083.36 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0/23 | | | | |
| | PROPERTY BOSS LLC | 2,371.21 | 2,371.21 | 0.00 | 2,371.21 |
| | Acct: | | | | |
| | | | | | 2,371.21 |
| Unsecured | | | | | |
| | BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5732 | | | | |
| | CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2980 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA T | 903.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 1015 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA T | 257.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 8981 | | | | |
| | DISCOVER BANK(*) | 5,355.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 8738 | | | | |
| | DISCOVER BANK(*) | 3,403.85 | 0.00 | 0.00 | 0.00 |
| | Acct: 9236 | | | | |
| | CAPITAL ONE NA** | 1,169.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 2420 | | | | |
| | NEXTIER BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9308 | | | | |
| | LVNV FUNDING LLC | 3,689.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 7018 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 459.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 2830 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 1,248.12 | 0.00 | 0.00 | 0.00 |
| | Acct: 9327 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 1,118.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 1858 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 1,198.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 5632 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 2,657.92 | 0.00 | 0.00 | 0.00 |
| | Acct: 7988 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 1,118.45 | 0.00 | 0.00 | 0.00 |
| | Acct: 8709 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 582.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3076 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 686.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 2407 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 1,014.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 3244 | | | | |
| | THE BANK OF MISSOURI D/B/A FORTIVA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2802 | | | | |
| | WELLS FARGO BANK NA | 5,453.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 0109 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8709 | | | | |
| | STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 18-23484 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | DILLON MCCANDLESS KING** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 133,070.34 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 2,371.21 | |
| SECURED | 31,985.38 | |
| UNSECURED | 30.317.31 | |

Date: 10/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com